# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2026

*By ECF*

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Michael Gann*, 25 Cr. 331 (DEH)

Dear Judge Ho:

I write on consent of the Government to respectfully request that the Court make the following designation recommendation to the Bureau of Prisons:

> The Court recommends that the Bureau of Prisons designate the defendant to FCI Danbury, to the extent consistent with his security designation. The defendant should NOT be designated to the Metropolitan Detention Center ("MDC").

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc.     All counsel of record